IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| BEUMER CORPORATION and BEUMER KANSAS CITY, LLC, | ) ) ) | |
| Plaintiff(s), | ) ) | |
| v. | ) ) | Case No. 16-09022-MC-W-GAF |
| PROENERGY SERVICES, LLC and WESTERN SURETY COMPANY, | ) ) ) | |
| Defendant(s). | ) | |

## JUDGMENT IN A CIVIL ACTION

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision of the Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Court GRANTS Plaintiffs' Motion to Confirm and DENIES Defendants' Motion to Vacate. The Clerk of the Court is hereby directed to enter judgment in Plaintiffs' favor, and against defendant ProEnergy, in the amount of $973,849.73. This figure is the sum of the principal amount of the Fee Award ($916,027.09) and accrued interest on such amount since November 18, 2016 ($57,822.64). Post-judgment interest shall accrue thereon at the prevailing federal rate as set forth in 28 U.S.C. § 1961. The costs of this action shall be taxed against defendant ProEnergy.

Dated:   August 1, 2017                         PAIGE WYMORE-WYNN
                                                Clerk of Court

Entered: August 1, 2017                         /s/ Lisa Mitchell
                                                     (By) Deputy Clerk