IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| BEUMER CORPORATION and BEUMER KANSAS CITY, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 4:16-mc-9022 |
| PROENERGY SERVICES, LLC and WESTERN SURETY COMPANY, | ) ) ) | |
| Defendants. | ) | |

## SATISFACTION OF JUDGMENT

Plaintiffs Beumer Corporation and Beumer Kansas City, LLC, by and through their undersigned counsel, jointly acknowledge that the judgment entered in this matter on August 1, 2017 (Doc. 17), as affirmed by the United States Court of Appeals for the Eighth Circuit on August 9, 2018[1], was satisfied in full on August 24, 2018.

Dated: August 27, 2018

Respectfully submitted,

*/s/ Jeffrey A. Kennard*
_____
Jeffrey A. Kennard        MO #46689
SCHARNHORST AST KENNARD GRIFFIN, PC
1100 Walnut Street, Suite 1950
Kansas City, MO 64106-2197
Tel:   (816) 268-9400
Fax:   (816) 268-9409
Email: jkennard@sakg.com
*Counsel for Plaintiffs*

---

[1] *Beumer Corporation, et al v. ProEnergy Services, LLC, et al.*, Appellate Case No. 17-2862, Entry ID #4692034.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 27th day of August, 2018, the foregoing document was filed via the Court's ECF filing system, which served a copy on counsel for Defendants, as follows:

James L. Moeller (jmoeller@lathropgage.com)
Kate O'Hara Gasper (kgasper@lathropgage.com)
LATHROP & GAGE LLP
2345 Grand Blvd., Suite 2200
Kansas City, MO 64108

*/s/ Jeffrey A. Kennard*

An Attorney for Plaintiffs